**Lorena G. BOUTARI; James R. Cabaniss; Patsy N. Cabaniss, Wife; Angelita Flores; Gurvis Guillory; et al, Plaintiffs–Appellants**

v.

**JP MORGAN CHASE BANK N.A.; Aurora Loan Services, L.L.C.; Ocwen Loan Servicing, L.L.C.; M & T Mortgage Corp.; Wells Fargo Home Mortgage, Inc., doing business as America's Servicing, Defendants–Appellees.**

No. 10–50643.

United States Court of Appeals,
Fifth Circuit.

June 20, 2011.

Charles Darby Riley, Esq., Riley & Riley, San Antonio, TX, for Plaintiffs–Appellants.

Marcie Lynn Schout, William Lance Lewis, Esq., Gregory Marshall Sudbury, Esq., Quilling, Selander, Cummiskey &

Lownds, P.C., Jonathan M. Herman, Middleberg, Riddle & Gianna, Kirsten Marisol Castaneda, Senior Counsel, Daron L. Janis, Esq., Locke, Lord, Bissell & Liddell, L.L.P., Dallas, TX, Mark Douglas Cronenwett, Esq., Lindsay Leever Stansberry, Higier, Allen & Lautin, P.C., Addison, TX, Lindsay Lee Lambert, Esq., Hughes, Watters & Askanase, L.L.P., Houston, TX, Benjamin David Lee Foster, Locke, Lord, Bissell & Liddell, L.L.P., Austin, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and HIGGINBOTHAM and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The court has carefully considered the briefs, oral argument, and pertinent portions of the record. After such review, we have determined that the judgment of the district court should be affirmed for essentially the reasons set forth by the district court. *Boutari v. JP Morgan Chase Bank, N.A.,* No. 5:09–cv–00608, doc. 88 (W.D. Tex. June 10, 2010) (Order Accepting Report and Recommendation).

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.